## Weiss et al. v. Farrell (Connor, Appellant).

Opinion by Parker, J., March 1, 1935:

The facts in this case are precisely the same as those in the case of Anna Marmar v. Frank F. Farrell and Daniel F. Connor, an opinion in which case was handed down this day, 116 Pa. Superior Ct. 586, A. 177 225. The plaintiff in this case was another minor riding in the same car at the time of the automobile collision. The cases were argued together and, for the reasons therein given, the judgment must be affirmed.

Judgment affirmed.